July 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SHAGUFTA KHAN, Appellant

NO. 14-13-00582-CV                V.

SALIM VALLIANI AND AGHA JUICE AND CAFE, Appellees

_____

This cause, an appeal from the judgment in favor of Salim Valliani and Agha Juice and Cafe, signed June 17, 2013, was heard on the transcript of the record. We have inspected the record and find that the trial court erred by dismissing Shagufta Khan's suit with prejudice. We therefore order that the portions of the judgment that dismiss Shagufta Khan's suit with prejudice are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.